*ALBANY,*
*Jan. 1813.*

COMFORT
v.
THOMPSON.

---

## COMFORT *against* THOMPSON.

IN ERROR, on *certiorari*, from a justice's court. *Comfort* brought an action of debt against *Thompson*, before the justice, to recover the *penalty* under the act to prevent injury by *dogs*, passed the 24th of *March*, 1801. (Sess. 24. c. 62.)

The plaintiff, in his declaration, stated, that the defendant, after being notified that his dog had chased and killed sheep, had kept him, and not killed him, &c. The cause was tried by a jury. The plaintiff proved that the defendant's dog had killed one of his sheep, and two sheep belonging to another person, on the 10th of *September* last. That verbal notice of the fact was given to the family of the defendant immediately after; and afterwards to

*In an action for a penalty, before a justice, where a verdict is found and judgment given for the defendant, the court will not reverse the judgment, because the verdict was clearly against evidence, there being no irregularity alleged.*

ALBANY,   the defendant himself.   The suit was commenced on the 11th of
Jan. 1813.  *November*, and a penalty of above 30 dollars had accrued.   The
AMORY     justice charged the jury, that the plaintiff might waive the whole
v.        penalty, and recover only what he demanded, which was 25 dol-
FLYN.     lars.   The jury found a verdict for the defendant.

*Per Curiam.*   The verdict is, no doubt, clearly against evi-
dence ; but this being an action for a penalty, there is no new
trial granted, in such cases, on the ground of the verdict being
contrary to evidence, provided the verdict be for the defendant,
and there be no irregularity in the case.   (2 *Stra.* 899. 1238.)
There is, at least, as strong reason for applying this rule to such
trials in justices' courts, as in any other.

Judgment affirmed.